# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

E-filing

FILED 08 MAY 15 PM 12:57 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

CR 08 0330

UNITED STATES OF AMERICA,

V.

MHP

GABRIEL OROZCO
aka PABLO DANIEL VARGAS

DEFENDANT.

# INDICTMENT

Title 8, U.S.C. § 1326 - Illegal Reentry Following Deportation

INDICT

A true bill.

Foreman BETTY FONG

Filed in open court this 15 day of MAY 2008

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

Clerk

No Bail Warrant

Bail, $ ____________

AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☑ INDICTMENT ☐ SUPERSEDING

**OFFENSE CHARGED**

Title 8, U.S.C. § 1326 - Illegal Reentry into the United States by a previously deported alien

E-filing

☐ Petty ☐ Minor ☐ Misdemeanor ☑ Felony

PENALTY:

20 years prison, $250,000 fine, 3 years supervised release, $100 special assessment

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED 08 MAY 15 PM 12:57 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NO. DIST. OF CALIFORNIA

DEFENDANT - U.S.

GABRIEL OROZCO, aka PABLO DANIEL VARGAS

DISTRICT COURT NUMBER

MHP

**PROCEEDING**

Name of Complaintant Agency, or Person (&Title, if any)

Immigration & Customs Enforcement, Deportation Officer Cesar Lopez

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on THIS FORM: JOSEPH P. RUSSONIELLO

☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): Owen P. Martikan

**DEFENDANT**

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☑ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges

} ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** Month/Day/Year ICE Admin. Custody since 4/30/08

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:

☐ SUMMONS ☐ NO PROCESS* ☑ WARRANT Bail Amount: No Bail

If Summons, complete following:

☐ Arraignment ☐ Initial Appearance

**Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:

Before Judge:

Comments:

JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

FILED 08 MAY 15 PM 12:57

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. GABRIEL OROZCO, Defendant. | Criminal No.: VIOLATION: 8 U.S.C. § 1326 -- Illegal Reentry Following Deportation SAN FRANCISCO VENUE |

MHP

INDICTMENT

The Grand Jury charges:

On or about February 15, 1995, May 17, 2000, and August 27, 2007, the defendant,

GABRIEL OROZCO,
a/k/a Pablo Daniel Vargas

an alien, was excluded, deported and removed from the United States, and thereafter, on or about April 30, 2008, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a re-

//

application by the defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: 5/13-08

A TRUE BILL.

FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

GREGG LOWDER
Chief, Major Crimes Section

(Approved as to form: ____________)
AUSA MARTIKAN