**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 9, 2008

Case No.   CR 08-0330  MHP			Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- GABRIEL OROZCO (c):

Attorneys:   Plf: Owen Martiken
             Dft: Steven Kalar

Deputy Clerk:  Anthony Bowser   Court Reporter:  Kathy Wyatt

**PROCEEDINGS**

1)   Trial Setting

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Matter continued to 7/7/2008 at 10:00 am for Change of Plea/Status; Excludable time found re effective preparation, continuity of counsel; Govt to submit order.