JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

OWEN P. MARTIKAN (CSBN 177104)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7241
   Facsimile: (415) 436-7234
   owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.: CR 08-0330 MHP |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXCLUDING TIME** |
| v. ) | |
| GABRIEL OROZCO, ) | |
| ) | |
| Defendant. ) | |

On June 9, 2008, the parties in this case appeared before the Court for a status conference.

The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial

Act calculations from June 9, 2008, through July 7, 2008, for effective preparation of defense

counsel.  The parties represented that granting the continuance was the reasonable time necessary

for effective preparation of defense counsel, taking into account the exercise of due diligence.

*See* 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by

//

//

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0330 MHP

granting such a continuance outweighed the best interests of the public and the defendant in a

speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

DATED: 6/27/08

JOSEPH P. RUSSONIELLO

OWEN P. MARTIKAN
Attorneys for the United States

DATED: 6/27/08

BARRY J. PORTMAN

STEVEN KALAR
Attorneys for Defendant

## [PROPOSED] ORDER

As the Court found on June 9, 2008, and for the reasons stated above, an exclusion of time

from June 9, 2008, through July 7, 2008, is warranted because the ends of justice served by the

continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18

U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense

counsel the reasonable time necessary for effective preparation, taking into account the exercise

of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____

HON. MARILYN HALL PATEL
United States District Judge

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0330 MHP