1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
4  OWEN P. MARTIKAN (CSBN 177104)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, California 94102
      Telephone: (415) 436-7241
7     Facsimile: (415) 436-7234
      owen.martikan@usdoj.gov
8
   Attorneys for Plaintiff
9

10                     UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                          SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )   No.: CR 08-0330 MHP
14                                       )
                                         )
15         Plaintiff,                    )   STIPULATION AND [PROPOSED]
                                         )   ORDER EXCLUDING TIME
16         v.                            )
                                         )
17 GABRIEL OROZCO,                       )
                                         )
18                                       )
           Defendant.                    )
19 _____)

20
21      On June 9, 2008, the parties in this case appeared before the Court for a status conference.
22 The parties stipulated and the Court agreed that time should be excluded from the Speedy Trial
23 Act calculations from June 9, 2008, through July 7, 2008, for effective preparation of defense
24 counsel. The parties represented that granting the continuance was the reasonable time necessary
25 for effective preparation of defense counsel, taking into account the exercise of due diligence.
26 *See* 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agreed that the ends of justice served by
27 //
28 //

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0330 MHP

1  granting such a continuance outweighed the best interests of the public and the defendant in a
2  speedy trial. *See* 18 U.S.C. § 3161(h)(8)(A).
3  SO STIPULATED:
4  DATED: 6/27/08                             JOSEPH P. RUSSONIELLO

                                              OWEN P. MARTIKAN
                                              Attorneys for the United States

9  DATED: 6/27/08                             BARRY J. PORTMAN

                                              STEVEN KALAR
                                              Attorneys for Defendant

### [PROPOSED] ORDER

As the Court found on June 9, 2008, and for the reasons stated above, an exclusion of time from June 9, 2008, through July 7, 2008, is warranted because the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: July 3, 2008



IT IS SO ORDERED
Judge Marilyn H. Patel

STIP. & [PROPOSED] ORDER EXCLUDING TIME
CASE NO. CR08-0330 MHP