**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: July 21, 2008

Case No.   CR 08-0330  MHP            Judge:   MARILYN H. PATEL

Title:  UNITED STATES -v- GABRIEL OROZCO (c):

Attorneys:   Plf: Owen Martiken
             Dft: Steven Kalar

Deputy Clerk: Anthony Bowser   Court Reporter: James Yeomans

**PROCEEDINGS**

1)   Change of Plea Hearing

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in custody; Defendant advised of rights and charges; Defendant waives further hearing/trial; Defendant admits to count(s) one of the indictment;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 11/24/2008 at 9:00 am;