1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,                )
10                      Plaintiff,           )  No.  CR 08-0330 MHP
                                             )
11       v.                                  )  [PROPOSED] STIPULATED ORDER
                                             )  CONTINUING SENTENCING
12  GABRIEL OROZCO,                          )
                                             )  **Current Sentencing Hearing Date:**
13                      Defendant.           )  Monday, November 24, 2008 at 9:00
                                             )  a.m.
14  _____
                                                **Proposed Sentencing Hearing Date**:
15                                              Monday, December 8, 2008 at 9:00 a.m.
16
17
        Defendant Gabriel Orozco is currently scheduled for sentencing on Monday, November 24,
18
   2008 at 9:00 a.m. In the course of preparing the defense sentencing memorandum, counsel for Mr.
19
   Orozco discovered errors in the PSR with, the defense has argued, legal ramifications for sentencing.
20
   These objections were not discovered or lodged during the presentence process.
21
        To allow the government adequate time to respond to these defense objections, and to allow the
22
   parties and Probation Officer Searles to meet and confer regarding these issues, the defense requests
23
   that sentencing in this matter be continued. The government concurs. Probation Officer Ann Searles
24
   is available on this date.
25
        Therefore, for good cause shown the sentencing hearing now scheduled for Monday, November
26

*Orozco*, CR 08-0330 MHP
ORD. CONT. SENTENCING

24, 2008 at 9:00 a.m. shall be vacated. The matter shall be added to the Court's calendar for Monday, December 8, 2008 at 9:00 a.m. for sentencing. The parties shall meet and confer with Probation before that date, and shall inform the Court of any agreed-upon changes to the presentence report before sentencing.

IT IS SO STIPULATED.

| | |
|---|---|
| November 24, 2008 | /s |
| DATED | JOSEPH RUSSIONELLO |
| | United States Attorney |
| | Northern District of California |
| | OWEN MARTIKAN |
| | Assistant United States Attorney |

| | |
|---|---|
| November 24, 2008 | /s |
| DATED | BARRY J. PORTMAN |
| | Federal Public Defender |
| | Northern District of California |
| | STEVEN G. KALAR |
| | Assistant Federal Public Defender |

IT IS SO ORDERED.

11/21/2008
Dated

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
(Seal: United States District Court, Northern District of California)